**Order entered January 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00955-CR
No. 05-13-00956-CR

**MIGUEL ARNOLDO PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F06-15900-H, F13-12202-H**

## ORDER

Appellant's January 2, 2014 motion to supplement the reporter's record is **GRANTED**.

We **ORDER** Official Court Reporter Crystal R. Jones to file, within **THIRTY** days of the date of this order, either a supplemental reporter's record of the proceedings in cause no. F06-15900-H conducted on June 27, 2006, August 5, 2009, and October 7, 2009 or a letter certifying that no such records exist. We **EXTEND** the time to file appellant's brief to **SIXTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Crystal R. Jones.

/s/      LANA MYERS
          JUSTICE